**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BART A. KENNEDY                                                                    PLAINTIFF

V.                                          3:14CV00287 DPM/JWC

POINSETT COUNTY JAIL                                                           DEFENDANT

## ORDER

On January 13, 2015, Plaintiff filed an amended complaint alleging that he has been denied adequate medical care.  Liberally construing Plaintiff's amended complaint, he has, for screening purposes, stated a claim for relief against Defendant Larry Mills.  Service of the amended complaint is appropriate, and the United States Marshal is directed to serve a copy of the amended complaint (docket entry #5), this order, and summons, upon Mills, without prepayment of fees and costs or security therefor.

Because Plaintiff has already been granted leave to proceed *in forma pauperis*, his pending motion for leave to proceed *in forma pauperis* (docket entry #4) is DENIED AS MOOT.

IT IS SO ORDERED this 20th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE