IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BART A. KENNEDY                                               PLAINTIFF

v.                       No. 3:14-cv-287-DPM-JWC

POINSETT COUNTY JAIL and
LARRY MILLS, Sheriff, Poinsett County Jail          DEFENDANTS

ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Poinsett County Jail is dismissed with prejudice as a defendant.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge
12 February 2015