IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BART A. KENNEDY                                                                                          PLAINTIFF

V.                                              3:14CV00287 DPM/JWC

POINSETT COUNTY JAIL                                                                           DEFENDANT

## ORDER

On June 24, 2015, mail sent to Plaintiff at his address of record was returned as undeliverable, with a note indicating that he is no longer held at the Poinsett County Detention Center (docket entry #15). Accordingly, Plaintiff is directed to file a notice of his current mailing address no later than 30 days after this order's entry date. Plaintiff's failure to do so will result in the recommended dismissal of his complaint. Because the Arkansas Department of Correction ("ADC") public website indicates Plaintiff may be held at the ADC's Cummins Unit, the Clerk is directed to send a copy of this order to Plaintiff at the Cummins Unit, P.O. Box 500, Grady, AR 71644-0500, as well as to him at his address of record.

IT IS SO ORDERED this 10th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE