## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BART A. KENNEDY**                                          **PLAINTIFF**

**v.**                               **No. 3:14-cv-287-DPM**

**LARRY MILLS, Sheriff, Poinsett County Jail**         **DEFENDANT**

### ORDER

Unopposed recommendation, № 20, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Kennedy's claims against Mills will be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge
8 September 2015