IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BART A. KENNEDY     PLAINTIFF

v.     No. 3:14-cv-287-DPM

POINSETT COUNTY JAIL and
LARRY MILLS, Sheriff, Poinsett County Jail     DEFENDANTS

## JUDGMENT

1. Kennedy's claims against Poinsett County Jail are dismissed with prejudice.

2. Kennedy's claims against Mills are dismissed without prejudice for failure to prosecute.

*D.P. Marshall Jr.*
United States District Judge
8 September 2015